AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| (1) Edgar Castro and | ) | 19-mj-2417-MBB |
| (2) Julio Antonio Ortiz Chaparro | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 26, 2019** in the county of **Essex** in the District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Five Kilograms or More of Cocaine |

This criminal complaint is based on these facts:

See Affidavit of Sean Rafferty, Special Agent, HSI, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Sean Rafferty, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 27, 2019

City and state: Boston, MA

Hon. Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*